IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT CHRISMAN,

        Petitioner,                  No. CIV-07-0576 GEB CMK P

    vs.

R. SUBIA, Warden,

        Respondent.              FINDINGS AND RECOMMENDATIONS

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with the $5.00 filing fee.

        In considering whether to dismiss an action as frivolous pursuant to § 1915(d), the court has especially broad discretion. Conway v. Fugge, 439 F.2d 1397 (9th Cir. 1971). The Ninth Circuit has held that an action is frivolous if it lacks arguable substance in law and fact. Franklin v. Murphy, 745 F.2d 1221, 1227-28 (9th Cir. 1984). The court's determination of whether a complaint or claim is frivolous is based on "'an assessment of the substance of the claim presented, i.e., is there a factual and legal basis, of constitutional dimension, for the asserted wrong, however inartfully pleaded.'" Franklin, 745 F.2d at 1227 (citations omitted).

        Petitioner's petition was filed with the court on March 26, 2007. The court's own records reveal that on April 18, 2006, petitioner filed a petition containing virtually identical

1 allegations against the same respondents. (No. Civ. S-06-0827 GEB KJM).[1] In fact, in the habeas
2 application, petitioner notes that he has requested leave to amend and lodged an identical amended
3 complaint in his 2006 action. A review of that case's docket reveals that the amended petition has
4 been filed and an answer ordered. Due to the duplicative nature of the present action, the court finds
5 it frivolous and, therefore, will dismiss the petition. 28 U.S.C. § 1915(d).

6       IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.
7 See Fed. R. Civ. P. 41(b).

8       These findings and recommendations are submitted to the District Judge assigned to
9 this case pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty days after being served
10 with these findings and recommendations, petitioner may file written objections with the court. The
11 document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."
12 Petitioner is advised that failure to file objections within the specified time may waive the right to
13 appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).
14 DATED: April 18, 2007.

16                 **CRAIG M. KELLISON**
                UNITED STATES MAGISTRATE JUDGE

---

[1] A court may take judicial notice of court records. See MGIC Indem. Co. v. Weisman, 803 F.2d 500, 505 (9th Cir. 1986); United States v. Wilson, 631 F.2d 118, 119 (9th Cir. 1980).